AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Priority Mail parcel postal tracking number 9505 5106 3998 1137 4910 66, postmarked May 17, 2021, weighing 3 pounds 3.9 ounces, addressed to Ediomar Gonzalez, 4020 Hauck Road #418, Sharonville, OH 45241 with a return address of Carmen Gonzalez, HC 5 Box 2569, Camuy PR 00627 | )<br>)<br>) Case No. 1:21-mj-439<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Priority Mail parcel postal tracking number 9505 5106 3998 1137 4910 66

located in the Southern District of Ohio, there is now concealed *(identify the person or describe the property to be seized)*:
Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☒ evidence of a crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of: Title 21

| Code Section | Offense Description |
|---|---|
| 841 (a) (1), 843 (b) & 846 | Conspiracy to distribute a controlled substance<br>Possession with intent to distribute a controlled substance |

The application is based on these facts:
See attached affidavit of U.S. Postal Inspector O'Neill

☒ Continued on the attached sheet.
☐ Delayed notice _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Karen L. O'Neill, U. S. Postal Inspector

Sworn to before me and signed in my presence.
**via FaceTime video**

Date: **May 26, 2021**

Karen L. Litkovitz
**United States Magistrate Judge**

City and state: Cincinnati, Ohio

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, KAREN O'NEILL, HAVING BEEN DULY SWORN, DEPOSE AND STATE: I am a United States Postal Inspector, having been so employed since March 2003.

1. I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the Postal Inspection Service with investigative responsibility for southwest Ohio, northern Kentucky, and southeast Indiana. Part of my investigative responsibility involves the use of the United States Mail in the transporting of narcotics and other dangerous controlled substances and financial proceeds relating thereto.

2. Your affiant has become aware that drug traffickers frequently use Express Mail, a business-oriented overnight service offered by the United States Postal Service, to transport narcotics and other dangerous controlled substances, and their proceeds or instrumentalities from the sale of the controlled substances. Your affiant has also become aware that drug traffickers frequently use Priority Mail with delivery confirmation, a 2-3 day service offered by the United States Postal Service. As a result of investigations and successful controlled substance prosecutions where the mail was used, your affiant has learned of certain characteristics indicative of other mail items previously identified as containing narcotics or other dangerous controlled substances, their proceeds or instrumentalities from the sale of the controlled substances. Some of these characteristics include, but are not necessarily limited to or used on every occasion, the mailer using different post offices on the same day to send parcels, false or non-existent return address, addressee is not known to receive mail at the listed delivery or sender address, the package is heavily taped, the package is mailed from a known drug source location, labeling information contains misspellings, unusual odors emanating from the package, and the listed address is located in an area of known or suspected drug activity.

3. U.S. Postal Inspectors are aware that Puerto Rico is a source location for controlled substances that are mailed to Ohio and the proceeds from the sales of controlled substances are frequently returned to Puerto Rico via the U.S. Mail. Based on this information, your affiant routinely reviews parcels and conducts postal database checks for inbound and outbound parcels that exhibit characteristics of parcels suspected of containing controlled substances and/or the proceeds from the sale of controlled substances.

4. On or about May 20, 2021, your affiant learned that Priority Mail parcel postal tracking number 9505 5106 3998 1137 4910 66 (SUBJECT PARCEL) was mailed from Puerto Rico addressed to Ediomar

1

Gonzalez, 4020 Hauck Road #418, Sharonville, OH 45241 (SUBJECT ADDRESS) with a return address of Carmen Gonzalez, HC 5 Box 2569, Camuy PR 00627. The SUBJECT PARCEL had processed through a postal facility in Cincinnati, Ohio and was enroute to the office of delivery.

5. Your affiant did a check of postal business records and learned the same person or persons checking on the SUBJECT PARCEL via tracking number is also checking on a parcel going to New York. That parcel was mailed from the same post office in a separate transaction approximately two minutes earlier than the SUBJECT PARCEL. Your affiant obtained an image of that parcel. The handwriting on the parcel is pictorially similar to the handwriting on the SUBJECT PARCEL and the return address has a different sender name but the address is almost identical; HC 5 Box 25690, Camuy PR 00627.

6. Your affiant knows that on or about May 10, 2021 a parcel from Puerto Rico was delivered to the SUBJECT ADDRESS. That parcel was addressed to the same addressee name at the SUBJECT ADDRESS and had the same sender name as the SUBJECT PARCEL with a different return address; Calle Francisco Avila #169, Quebradillos PR 00678. The handwriting on that parcel is also pictorially similar to the handwriting on the SUBJECT PARCEL.

7. Your affiant did a check in Google regarding the SUBJECT ADDRESS. According to Google, the Woodspring Suites hotel is located at that address.

8. Your affiant did a check in CLEAR regarding the return address. CLEAR is a database that is used by law enforcement as a tool to identify person/business and address information. According to CLEAR, HC 5 Box 2569, Camuy PR 00627 does not exist.

9. Your affiant contacted the Sharonville Post Office, Sharonville, Ohio and requested to have the SUBJECT PARCEL sent to her location for further investigation.

10. On or about May 21, 2021, your affiant received the SUBJECT PARCEL.

11. On or about May 24, 2021, your affiant contacted Cincinnati Police Department Specialist Mike Harper to arrange for a narcotic canine to check the SUBJECT PARCEL. Specialist Harper responded to the U.S. Postal Inspection Service (USPIS) Field office, Cincinnati, Ohio where the SUBJECT PARCEL was placed in a controlled area and presented to narcotic canine, "Cairo". "Cairo" alerted positively to the presence or odor of a controlled substance or their proceeds or instrumentalities upon the SUBJECT PARCEL. Your affiant knows that Specialist Harper and narcotic canine "Cairo" train regularly and are certified annually through the Ohio Peace Officer Training Academy. Your affiant has presented countless parcels to Specialist Harper and canine "Cairo" which has resulted in successful seizures of a quantity of a

narcotic or other dangerous controlled substance and their proceeds or instrumentalities therefore your affiant considers them to be reliable. Attached herewith, and made part hereof by reference, is a photocopy of the narcotic canine handler's record of examination.

12. The SUBJECT PARCEL is further identified as follows: a U.S. Postal Service Priority Mail Medium Flat Rate box 11" x  8 1/2" x 5 1/2" in size, weighing 3 pounds 3.9 ounces, bearing tracking number 9505 5106 3998 1137 4910 66, postmarked May 17, 2021; see address information below:

|  |  |
|---|---|
| **Sender:** | Carmen Gonzalez<br>HC 5 Box 2569<br>Camuy PR 00627 |
| **Addressee:** | Ediomar Gonzalez<br>4020 Hauck Road #418<br>Sharonville, OH 45241 |

13. This information along with the positive alert of narcotic canine "Cairo" is indicative of a drug package or its proceeds.

14. Based on the information contained herein, your affiant believes that contained in the SUBECT PARCEL is a quantity of a narcotic or other dangerous controlled substance, their proceeds or instrumentalities.

15. The SUBJECT PARCEL is being secured at the USPIS Field Office, Cincinnati, Ohio pending further investigation.

Therefore, a search warrant to open the SUBJECT PARCEL is requested.

Further, your affiant sayeth naught.

_____
Karen O'Neill
Postal Inspector

Subscribed and sworn to and before me this  26  day of ____May____, 2021.

_____
Karen L. Litkovitz
United States Magistrate Judge



United States Postal Inspection Service
Pittsburgh Division

OFFICER AFFIDAVIT

I, __M. Harper__, am and have been employed by the Cincinnati Police Department since __2001__. Among other duties, I am currently the assigned handler of narcotics detection canine "Cairo" which is trained and certified in the detection of the presence or odor of narcotics described as follows:

marijuana, cocaine, methamphetamine and heroin

On __5-24-21__, at the request of Postal Inspector K. O'Neill, I responded to Cincinnati Postal Inspection Service office, where "Cairo" did alert to and indicate upon:

[describe item]

USPS S10P 3448 1137 4910 66  Ediomar Gonzalez
4020 Hauck Road #418 Sharonville OH 45241
return Carmen Gonzalez HC 5 Box 2569 Camuy
PR 00627

Which, based upon my training and experience and that of "Cairo", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

_____  5/24/21
Signature and Date)

_____  5-24-21
Signature and Date)

Cincinnati Field Office
5 Central Avenue, Suite 400
Cincinnati, OH 45202-5748
Telephone: 877-876-2455
Fax: 513-684-8009